DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEILA SURPRISE, HERBY SURPRISE** and **DENISE SURPRISE,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORP.,**
Appellee.

No. 4D19-506

[May 14, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE14-015184.

Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellants.

Jessica C. Conner of Dean, Ringer, Morgan & Lawton, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***